Keith A. Reinfeld
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendants
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
Tel:  973.992.4800
Fax:  973.992.9125

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA LEAMER<br><br>                Plaintiff,<br><br>      v.<br><br>THE HERTZ CORPORATION and HERTZ<br>GLOBAL HOLDINGS, INC.,<br><br>                Defendants. | Civil Action No. 5:16-cv-1319 (FJS/TWD)<br><br><br><br>**NOTICE OF REMOVAL**<br>(Federal Question) |

TO:   THE HONORABLE JUDGES OF THE
       UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF NEW YORK

Defendants The Hertz Corporation and the Hertz Global Holdings, Inc. (collectively, "Defendants"), by and through their attorneys, Fox Rothschild LLP, respectfully say:

1.      On or about September 20, 2016, Plaintiff Amanda Leamer ("Plaintiff") commenced this action by filing a Verified Complaint in the Supreme Court of the State of New York, County of Madison, entitled <u>Amanda Leamer v. The Hertz Corporation and Hertz Global Holdings, Inc.</u>, Index No. 2016-1641.  Said action is now pending in that Court.

2.      On October 6, 2016, Plaintiff served a copy of the Summons and Verified Complaint upon Defendants.  Receipt of the Summons and Verified Complaint on that date was Defendants' first notice of the existence of a pleading containing a claim for relief asserted by Plaintiff which could be removed to this Court.  *A true and correct copy of the Complaint is attached hereto as Exhibit A.*

3.      Plaintiff's Complaint is based, in pertinent part, on allegations that Defendants failed to properly pay Plaintiff in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*  (See First and Second Claims for Relief, Exh. A). Accordingly, this Court has original jurisdiction over the First and Second Claims pursuant to 28 U.S.C. § 1331 and § 1337.

4.      Since this Court has original jurisdiction over a federal question, it also maintains supplemental jurisdiction over Plaintiff's related state law claims.  See 28 U.S.C. § 1367; Mizuna, Ltd. v. Crossland Fed. Sav. Bank, 90 F.3d 650, 655 (2d Cir.1996).

5.      This Notice of Removal is filed within the time provided by 29 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

6.      Upon the filing of this Notice of Removal, Defendants shall give written notice thereof to Donald Kelly, Tully Rinckey, PLLC, attorneys for Plaintiff, 507 Plum Street, Suite 103, Syracuse, NY 13204, and Defendants shall file copies of said Notice and Notice of Filing of Removal with the Court Clerk, Supreme Court of the State of New York, County of Madison.

7.      By filing this notice, Defendants do not waive any defenses which may be available to them, specifically including, but not limited to, insufficient service of process and the absence of venue in this Court or in the Court from which this action has been removed.

8.      There are no other defendants in this case, so no further consent for removal is needed.

WHEREFORE, Defendants remove the above-captioned action now pending against them in the Supreme Court of the State of New York, County of Madison, to the United States District Court for the Northern District of New York, wherein it shall proceed as an action originally commenced therein.

FOX ROTHSCHILD LLP


By: /s Keith A. Reinfeld
    Keith A. Reinfeld
    Attorneys for Defendants
    75 Eisenhower Parkway, Suite 200
    Roseland, New Jersey 07068
    Telephone: (973) 992-4800
    Facsimile: (973) 992-9125


Dated: November 4, 2016

## CERTIFICATE OF SERVICE
### (via FedEx)

I hereby certify that on this date I caused a true copy of the foregoing Notice of Removal

to be served on counsel for Plaintiff via FedEx at the following address:

> Donald Kelly
> Tully Rinckey, PLLC
> 507 Plum Street, Suite 103
> Syracuse, New York 13204
> P.O. Box 6233
> Hamden, CT 006517

I hereby further certify that on this date I caused Defendants' Notice of Filing of Removal

together with a copy of the Notice of Removal to be delivered for filing by FedEx to:

> Clerk, Supreme Court of the State of New York
> Madison County Courthouse
> 138 North Court Street
> Wampsville, NY 13163

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Chrissie Martin

Dated: November 4, 2016